# In the United States District Court
# Southern District of Indiana

| | |
|---|---|
| BROOKS-ALBRECHTSEN, | Case No. 1:17-cv-1664-TWP-TAB |
| Plaintiff, | District Judge Tanya Walton Pratt |
| vs. | Magistrate Judge Tim A. Baker |
| APPLE, INC., | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF DECLINATION TO SHOW
### CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED

NOW COMES PLAINTIFF, moving the Court to enter a dispositive order at its earliest convenience to prevent Defendant from incurring any unnecessary expense investigating and responding to Plaintiff's complaint as a result of the following:

1. On May 19, 2017, Plaintiff filed a class action complaint against Defendant subject to diversity subject-matter jurisdiction founded in the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d), and 1711–1715. (Dkt. 1)

2. On May 23, 2017, the Court rejected Plaintiff's class action claim. (Dkt. 4)

3. On May 25, 2017, Plaintiff filed a motion for the Court to reconsider its Entry rejecting Plaintiff's class action claim. (Dkt. 6) Plaintiff further advised the Court that if Plaintiff's class action claim is rejected, the Court is without jurisdiction to hear Plaintiff's case because diversity subject-matter jurisdiction under CAFA could not be maintained. (*Ibid.*)

4. Consequently, on May 31, 2017, the Court invited Plaintiff to show cause by June 23, 2017, as to why this action should not be dismissed for lack of subject-matter jurisdiction. (Dkt. 7) Plaintiff elected to not show cause.

5. As a result of Plaintiff's show cause omission, the Court extended the deadline to July 23, 2017, for Plaintiff to show cause. (Dkt. 10)

6. Defendant's answer, or other responsive motion, is due July 18, 2017. (Dkt. 9)

7. Plaintiff appreciates the Court's repeated opportunity to allow him to show cause as to why this action should not be dismissed for lack of subject-matter jurisdiction. However, Plaintiff did not respond to the Court's invitation to show cause because no cause exists as to why this action should be maintained by the Court as a result of the Court's rejection of Plaintiff's class action claim. Any show-cause supplication would be grounds for a Rule 11 violation for asserting such a frivolous argument thereby causing unnecessary delay. Furthermore, because the Court extended Plaintiff's deadline to show cause beyond the date in which Defendant's answer is due, Plaintiff is again at the risk of a Rule 11 violation for needlessly increasing the cost of litigation as a result of Defendant having to incur unnecessary expense investigating and responding to Plaintiff's complaint, which is now without subject-matter jurisdiction.

8. Plaintiff declines to file a Rule 41(a)(1)(A) Notice so that he can appeal the Court's entry rejecting Plaintiff's class action claim.

WHEREFORE, Plaintiff moves the Court to enter a dispositive order at its earliest convenience to prevent Defendant from incurring any unnecessary expense investigating and responding to Plaintiff's complaint.

- 3 -

Dated this 1st day of July 2017,

_____
Mark A. Albrechtsen
4752 Stardust Circle
Plainfield, Indiana 46168
Phone: (614) 339-7150
mark.albrechtsen@icloud.com

PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify this document was served upon Defendant this 1st day of July 2017 by:

☒ filing this document with the Clerk of Court through the Court's ECF system pursuant to Fed. R. Civ. P. 5(b)(3), Local Rule 5-2.

☐ emailing this document to the below parties pursuant to Fed. R. Civ. P. 5(b)(E) to the email addresses indicated below.

☒ USPS First-Class Mail, postage pre-paid, to the addresses indicated below.

☐ handing it to: _____

☐ leaving it at the attorney's office at the location indicated below, with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office.

<u>Attorney for All Defendant</u>

Thomas E. Mixdorf
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
thomas.mixdorf@icemiller.com

_____
Mark A. Albrechtsen