## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK A. ALBRECHTSEN on behalf of himself and a class of others similary situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-01664-TWP-TAB |
| APPLE, INC. c/o CT Corporation System, Registered Agent, 818 W 7th Street, Suite 930 Los Angeles, CA 90017, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER OF DISMISSAL

Plaintiff's Notice of Declination to Show Cause Why This Action Should Not Be Dismissed (Dkt 14) is acknowledged by the court and this action is dismissed with prejudice.

Date:   8/1/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARK A. ALBRECHTSEN
4752 Stardust Circle
Plainfield, IN 46168

Thomas Eugene Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com