**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK A. ALBRECHTSEN on behalf of himself and a class of others similary situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-01664-TWP-TAB ) |
| APPLE, INC. c/o CT Corporation System, Registered Agent, 818 W 7th Street, Suite 930 Los Angeles, CA 90017, | ) ) ) ) |
| Defendant. | ) ) |

## **FINAL JUDGMENT**

Having this day entered its Order of Dismissal, the Court hereby enters Judgment in favor of Defendant. Plaintiff shall take nothing by way of his complaint.

SO ORDERED:

Dated: 8/1/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

MARK A. ALBRECHTSEN
4752 Stardust Circle
Plainfield, IN 46168

Thomas Eugene Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com