# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 13, 2017

To:
Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No. 17-2780 | MARK A. BROOKS-ALBRECHTSEN, <br> Plaintiff - Appellant <br><br> v. <br><br> APPLE INC., <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-01664-TWP-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:            Circuit Rule 3(b)

STATUS OF THE RECORD:         no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                             **Received by:**

___11/13/2017_____

_____*Maggie Trigg*_____
Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 13, 2017

*By the Court:*

| No. 17-2780 | MARK A. BROOKS-ALBRECHTSEN, <br> Plaintiff - Appellant <br><br> v. <br><br> APPLE INC., <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01664-TWP-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt ||

This cause, docketed on August 29, 2017, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit